UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PARIS DA'JON ALLEN,

        Petitioner,

v.

MINNESOTA, STATE OF,

        Respondent.

Civil No. 24-3213 (JRT/ECW)

**ORDER**

Paris Da'Jon Allen, *pro se* petitioner.

Edwin William Stockmeyer , III, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL,** Trials and Appeals, Bremer Tower, Suite 1800, 445 Minnesota Street, St. Paul, MN 55101-2134, for respondent.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated September 13, 2024, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. The petition for a writ of habeas corpus of petitioner Paris Da'Jon Allen [ECF No. 1] is **DENIED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

3. Allen's motion for an evidentiary hearing [ECF No. 5] is DENIED.

4. No certificate of appealability shall be issued.

Dated: October 21, 2024　　　　　　　　　　_____s/John R. Tunheim_____
at Minneapolis, Minnesota.　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　United States District Judge